**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**


**SHARON E. JAMES,**

      **Plaintiff,**

**v.**

**THE KROGER COMPANY,**

      **Defendant.**                         **Case No. 10-cv-261-DRH**

<u>**ORDER**</u>

**HERNDON, Chief Judge:**


        This matter comes before the Court for case management purposes, in particular to remind Defendant of its obligation to comply with the requirements of **FEDERAL RULE OF CIVIL PROCEDURE 7.1** by filing a corporate disclosure statement. Thus, the Court **ORDERS** Defendant to file its disclosure statement on or before **May 10, 2010**.


        **IT IS SO ORDERED.**

        Signed this 22nd day of April, 2010.


                        /s/   David R Herndon

                        **Chief Judge
United States District Court**