IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHARON E. JAMES,
Plaintiff,

v.

THE KROGER CO.,
Defendant.                                       No. 10 - CV - 00261 DRH

## ORDER

**HERNDON, Chief Judge:**

Plaintiff Sharon E. James has filed an Amended Motion to Dismiss seeking the dismissal of her cause of action with prejudice (Doc. 27). The Motion does not state a reason for dismissal. Defendant has already served its Answer (Doc. 3), and the parties have not signed a stipulation of dismissal. Therefore, dismissal as of right is not proper in this matter. **FED. R. CIV. PRO. 41(a)(1)**. Dismissal requires a court order on terms that the court considers proper. **FED. R. CIV. PRO. 41(a)(2)**.

The Court considers it proper to dismiss this action since Plaintiff's Motion is with prejudice. The Court therefore **GRANTS** Plaintiff's Amended Motion to Dismiss (Doc. 27), and the above-styled lawsuit is hereby **DISMISSED WITH PREJUDICE**. The Clerk shall enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 8th day of March, 2011.

David R. Herndon
2011.03.08 09:34:46
-06'00'

**Chief Judge**
**United States District Court**