IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHARON E. JAMES,

    Plaintiff,

v.

THE KROGER CO.,

    Defendant.                          Case No. 10-cv-261-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on March 8, 2011, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                                        NANCY J. ROSENSTENGEL,
                                        CLERK OF COURT


                                      BY:      /s/*Sandy Pannier*
                                                        Deputy Clerk

Dated: March 9, 2011

                              David R. Herndon
                              2011.03.09
                              09:52:14 -06'00'
APPROVED:
            CHIEF JUDGE
            U. S. DISTRICT COURT